## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| York County Prison,<br>                  Appellant | : | |
| | : | |
| v. | : | No. 265 C.D. 2020 |
| | : | |
| Teamsters Local Union No. 776 | : | |

**PER CURIAM**                        **O R D E R**

NOW, March 2, 2021, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is denied.